Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov  For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov  For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov  For Riverside criminal duty.

FILED
CLERK, U.S. DISTRICT COURT
10/09/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: AP DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | PLAINTIFF | CASE NUMBER: 5:24-CR-00185-SB |
|---|---|---|
| V. Andrew ARNOLD | DEFENDANT | REPORT COMMENCING CRIMINAL ACTION |
| USMS# | | |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 10/09/2024 at 9:00 ☒ AM ☐ PM
   or
   The defendant was arrested in the ____ District of ____ on ____ at ____ ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☒ Yes ☐ No

4. Charges under which defendant has been booked:
   Titles 21 ; 18, Sections 841(a)(1), (b)(1)(B)(vi) ; 924(c)(1)(A)(i)

5. Offense charged is a: ☒ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor

6. Interpreter Required: ☒ No  ☐ Yes  Language: ____

7. Year of Birth: 1992

8. Defendant has retained counsel: ☒ No
   ☐ Yes  Name: ____  Phone Number: ____

9. Name of Pretrial Services Officer notified: ____

10. Remarks (if any): Emailed to CrimIntakeCourtDocs-RS@cacd.uscourts.gov & duty-cacpt-cac@cacp.uscourts.gov

11. Name: Sonny Villareal (please print)

12. Office Phone Number: (909) 782-1705

13. Agency: HSI

14. Signature: SONNY L VILLAREAL  Digitally signed by SONNY L VILLAREAL  Date: 2024.10.08 17:56:28 -07'00'

15. Date: 10/09/2024

CR-64 (09/20)  REPORT COMMENCING CRIMINAL ACTION