JOSEPH T. MCNALLY
Acting United States Attorney
LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division
SEAN D. PETERSON
Assistant United States Attorney
Chief, Riverside Branch Office
STEPHEN T. MERRILL (Cal. Bar No. 255827)
Special Assistant United States Attorney
  Riverside Branch Office
     3403 10th Street, Suite 200
     Riverside, California 92501
     Telephone: (951) 276-6267
     Facsimile: (951) 276-6202
     E-mail:    Stephen.Merrill@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ED CR No. 24-00185-SB |
|---|---|
| Plaintiff, | UNITED STATES OF AMERICA'S SENTENCING POSITION FOR DEFENDANT ANDREW TYLER ARNOLD |
| v. | |
| ANDREW TYLER ARNOLD, | Hearing Date: April 29, 2025 |
| Defendant. | Hearing Time: 8:00 a.m. |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California, and Special Assistant United States Attorney Stephen T. Merrill, hereby files its sentencing position for defendant Andrew Tyler Arnold ("defendant").

The government's filing is based upon the attached memorandum of points and authorities, the files and records in this case, the Presentence Investigation Report, and any other evidence or argument that the Court may wish to consider at the time of sentencing.

The government reserves the right to file any supplemental sentencing position that may be necessary.

Dated: April 1, 2025

Respectfully submitted,

JOSEPH T. MCNALLY
Acting United States Attorney

LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division

SEAN D. PETERSON
Assistant United States Attorney
Chief, Riverside Branch Office

/s/ Stephen M[errill]

STEPHEN T. MERRILL
Special Assistant U.S. Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## MEMORANDUM OF POINTS AND AUTHORITIES

On January 21, 2025, defendant Andrew Tyler Arnold ("Defendant") entered a guilty plea to Possession with Intent to Distribute Fentanyl in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(vi) (Count One).  The violation triggers a 60-month mandatory minimum sentence and defendant is not eligible for relief from the mandatory minimum.

On March 25, 2025, the United States Probation Office filed its Presentence Investigation Report ("PSR"), in which it calculated a total offense level of 23, and determined that defendant falls within Criminal History Category I, resulting in an advisory Guidelines range of 60 months (mandatory minimum) after a three-level reduction for acceptance of responsibility.  The government agrees with the PSR calculations and believes they are accurate.

Based on the section 3553 factors and an individualized assessment of defendant's case, the government recommends the following sentence:  a mandatory minimum 60 months' imprisonment, followed by a five-year period of supervised release, and a special assessment of $100.

**CERTIFICATE OF SERVICE**

I, Stephanie Ascencio, declare:

That I am a citizen of the United States and a resident of or employed in Riverside County, California; that my business address is the Office of United States Attorney, 3403 Tenth Street, Suite 200, Riverside, California 92501; that I am over the age of 18; and that I am not a party to the above-titled action;

That I am employed by the United States Attorney for the Central District of California, who is a member of the Bar of the United States District Court for the Central District of California, at whose direction I served a copy of: **UNITED STATES OF AMERICA'S SENTENCING POSITION FOR DEFENDANT ANDREW TYLER ARNOLD**

☐ Placed in a closed envelope for collection and inter-office delivery, addressed as follows:

☐ Placed in a sealed envelope for collection and mailing via United States mail, addressed as follows:

☐ By hand delivery, addressed as follows:

☒ By email delivery, as follows: **SEE ATTACHED**

☐ By messenger, as follows:

☐ By Federal Express, as follows:

This Certificate is executed on **April 2, 2025**, in Riverside, California.  I certify under penalty of perjury that the foregoing is true and correct.

/s/ *Stephanie Ascencio*
Stephanie Ascencio
Legal Assistant

**ATTACHMENT**

Jennifer Stanley - USPO
Presentence USPPSO
Los Angeles, California
Jennifer_Stanley@cacp.uscourts.gov