# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| | |
|---|---|
| Case No.: 5:24-cr-00185-SB | Date: April 29, 2025 |

Present: The Honorable **STANLEY BLUMENFELD, JR., United States District Judge**

Interpreter: N/A

| Lynnie Fahey | CourtSmart | Neil Thakor, AUSA |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Custody | Bond | Attorney(s) for Defendant(s): | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Andrew Tyler Arnold | √ | √ | | Young J. Kim | √ | √ | |

**Proceedings:**   SENTENCING (Non-Evidentiary)

Refer to separate Judgment Order.

Defendant informed of right to appeal.

On the Government's motion, all remaining counts in the underlying Indictment, ordered dismissed.

_____ : 13

Initials of Deputy Clerk   LFA